IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DIANE G. REED | § | |
| | § | |
| V. | § | ACTION NO. 4:02-CV-188-Y |
| | § | |
| CITY OF ARLINGTON | § | |

## FINAL JUDGMENT

In accordance with the memorandum of decision issued this same day, this Court's February 29, 2008, order, and Federal Rule of Civil Procedure 58, it is hereby ORDERED that plaintiff Diane G. Reed, trustee, have judgment against defendant City of Arlington, Texas, in the sum of THREE HUNDRED FIFTY-SEVEN THOUSAND DOLLARS ($357,000.00).

It is further ORDERED that post-judgment interest shall accrue on the judgment amount at the rate of 2.33% per annum from the date this judgment is entered on the docket until paid.

Former plaintiff Kim Lubke is estopped from collecting or receiving any money from the judgment against Defendant. The bankruptcy estate, represented by Plaintiff, is not estopped from pursuing or collecting on this judgment against Defendant. Any funds collected from the judgment shall go to the bankruptcy estate for administration and distribution in accordance with the Bankruptcy Code and Rules. After distribution, any remaining funds shall be refunded to Defendant and not to former plaintiff Kim Lubke.

SIGNED August 8, 2008.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/ah