IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DIANE G. REED | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION |
| | § | |
| v. | § | NO. 4:02- CV-188-Y |
| | § | |
| CITY OF ARLINGTON | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S AGREED MOTION TO DISMISS PLAINTIFF'S MOTION FOR APPELLATE ATTORNEY'S FEES AND COSTS AND SUPPORTING BRIEF

Diane G. Reed, Plaintiff, files this Agreed Motion to Dismiss Plaintiff's Motion for Appellate Attorney's Fees and Costs and Supporting Brief.  The parties have reached an agreement on the issues presented in the Motion.  Accordingly, Plaintiff requests that the Court enter an order dismissing Plaintiff's Motion for Appellate Attorney's Fees and Costs.

Respectfully submitted,

**SINGER & LEVICK, P.C.**

By:   s/ Todd A. Hoodenpyle
     Todd A. Hoodenpyle
     State Bar No. 00798265

16200 Addison Road, Suite 140
Addison, Texas 75001
Tel. (972) 380-5533
Fax (972) 380-5748

ATTORNEYS FOR DIANE G. REED, TRUSTEE

## CERTIFICATE OF SERVICE

On February 2, 2012, the foregoing document was served electronically via the Court's ECF system pursuant to Rule 9 of the Court's Miscellaneous Order 61 to all counsel of record.

s/ Todd A. Hoodenpyle
Todd A. Hoodenpyle

## CERTIFICATE CONFERENCE

I conferred with Michael McConnell, counsel for Defendant City of Arlington, regarding the merits of this motion and he is an agreement with the relief requested. Accordingly, this motion is submitted for the Court's consideration.

s/ Todd A. Hoodenpyle
Todd A. Hoodenpyle